UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CODY C. VANOSTRAND,<br><br>                    Defendant. | 9:20-PO-5091-KLD<br>9:21-PO-5023-KLD<br>Ticket Number: FBDW00FD,<br>FBDW00FC, FBDW00EO,<br>FBDW00FC<br>Location Code: M10<br>Disposition Code: TC and NK<br><br>JUDGMENT IN A CRIMINAL<br>CASE AND ORDER SETTING<br>TRIAL |

The Defendant, Cody C. Vanostrand, was present in court and entered a plea of guilty and not guilty to the charges of: TRAFFIC OFFENSES and Cutting Forest Products without a permit/MVUM violation.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. For violations FBDW00EO and FDBW00EP, Defendant gets credit for time served plus $40.00 Special Assessment for each violation for a **total of $80.00**.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid as follows: $40.00 to be paid each month starting on June 30, 2021. Defendant is also

prohibited from entering any Forest Service land for a period of 1 year.

2. For violations FBDW00FD and FBDW00FC, Defendant pleads not guilty. **Trial is set for June 25, 2021, at 10:00 a.m.**, at the Russell Smith Courthouse, 201 East Broadway, Missoula, Montana.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: May 25, 2021.

  5/25/2021
_____
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge